# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.  1:19-cr-378-JMS-MJD |
| | ) | |
| WILLIAM ERIC MEEK and | ) | -01 |
| BOBBY LEE PEAVLER, | ) | -02 |
| | ) | |
| Defendants. | ) | |

## SUBMISSION OF SECOND AMENDED INDICTMENT

The United States of America, by and through undersigned counsel, respectfully submits the attached Second Amended Indictment filed pursuant to the Court's Order of October 13, 2020 (ECF No. 99).

Respectfully submitted,

JOSH J. MINKLER
United States Attorney

Date:  October 30, 2020    By:  /s/ Kyle W. Maurer
Kyle W. Maurer
Trial Attorney, Fraud Section
U.S. Department of Justice, Criminal Division

CERTIFICATE OF SERVICE

I certify that on October 30, 2020, a copy of the Second Amended Indictment was sent via ECF to counsel for the Defendants, as follows:

Sergio E. Acosta, Esq.
Michael Kelly, Esq.
Douglas Paul, Esq.
Ildefonso P. Mas, Esq.
Akerman LLP
71 South Wacker Drive
47th Floor
Chicago, IL 60606

Sean M. Berkowitz, Esq.
Joshua Hamilton, Esq.
Eric Swibel, Esq.
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611

Date:  October 30, 2020        By:  /s/ Kyle W. Maurer
                                    Kyle W. Maurer
                                    Trial Attorney, Fraud Section
                                    U.S. Department of Justice, Criminal Division
                                    1400 New York Avenue NW
                                    Washington, DC 20009
                                    (202) 598-2930
                                    Kyle.Maurer@usdoj.gov